| Attorney of Party Without Attorney (Name and Address) | | | Telephone No: | FOR COURT USE ONLY |
|---|---|---|---|---|
| Fernald Law Group<br>510 W 6th Street<br>Los Angeles         CA         Suite 700       90014<br>Attorney For: PLAINTIFF | | | (323)410-0322<br><br>Reference Number:<br>3692819           TAYLOR.123R | |
| United States District Court<br>Central District Of California | | | | |
| Plaintiff/Petitioner: | Tamara Lee Taylor, an Individual | | | |
| Defendant/Respondent: | 123RF, LLC, a California Limited Liability Company, et al. | | | |
| **PROOF OF SERVICE**<br>"FILE BY FAX" | Hearing Date: | Time: | Dept./Div.: | Case Number:<br>2:16-CV-04129-GHK(FFMX) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:

   Summons in a Civil Action; Notice of Assignment to United States Judges; Order RE:
   Case Management (Revised as of February 2016); Certification and Notice of
   Interested Parties; Class Action   Complaint for Violation of: Federal Credit Card
   Act-15USC &1693 ET SEQ, cal.civ.code &1749.5, CAL.BUS.&PROF.Code &17200, CAL.BUS.&
   PROF.Code &17500, Civil Code &1750, ET SEQ., Unjust Enrichment, Request for
   Restitution, Damages and Injunctive Relief, Demand for Attorneys' Fees Pursuant to
   CAL.CIV.PROC. & 1021.5, Demand for Jury Trial

3a. Party Served   : 123RF, LLC, a California Limited Liability Company, (by Serving
    First Corporate Solutions, Inc. It's Designated Agent for Service of Process)

3b. Person Served  : Angelina Hinojoza.  Title: Authorized to accept
    Description    : Hisp. F 50yrs 5'2 140lbs. Blk

4.  Address        : 914 S Street
                     Sacramento, CA 95811

5a. I personally delivered the documents listed in item 2 to the party or person
    authorized to receive service of process for the party on 7/1/2016 at 10:45am.

6.  The "Notice to Person Served" (on the Summons) was completed as follows:
    (c)  123RF, LLC, a California Limited Liability Company, (by Serving First
    Corporate Solutions, Inc. It's Designated Agent for Service of Process)
    Under:  CCP 416.10  (Corporation)

FILE BY FAX PER CRC 2.303

7. Person Serving (name, address, and telephone No.):

   **Attorney Service of San Dimas**
   **142 East Bonita Avenue, #51**
   **San Dimas, CA 91773**
   **(909)394-1202  Fax (909)394-1204**

Fee for service: $  $100.00
Carlton Xicotencatl
Registered California Process Server:
(i) Independent Contractor
(ii) Registration No.:  1999-86
(iii) County:  Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 7/5/2016

(Signature)

Judicial Council form POS-010                    **Proof of Service**                    Code Civil Procedure 417.10(f)