1  CROCKETT & ASSOCIATES
       Robert D. Crockett (Bar No. 105628)
2          *bob@bobcrockettlaw.com*
       Courtney E. Vaudreuil (Bar No. 223439)
3          *vaudreuil@bobcrockettlaw.com*
       Patricia A. Eberwine (Bar No. 258916)
4          *peberwine@bobcrockettlaw.com*
   23504 Lyons Avenue, No. 401
5  Santa Clarita, California 91321
   Telephone: (323) 487-1101
6  Facsimile: (323) 843-9711

7  Attorneys for Defendant 123RF, LLC

8                       UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11 | TAMARA LEE TAYLOR, an individual, | CASE NO.: 2:16-cv-04129-GHK (FFMx)
12 | and others similarly situated,
13 |          Plaintiff,                 | **DEFENDANT 123RF'S CERTIFICATION OF INTERESTED PARTIES**
14 | v.
15 | 123RF, LLC, a California Limited
16 | Liability Company; and DOES 1-10, inclusive,
17 |          Defendant.
18

1  The undersigned, counsel of record for Defendant 123RF certifies that the
2  following listed party (or parties) may have a pecuniary interest in the outcome of
3  this case. These representations are made to enable the Court to evaluate possible
4  disqualification or recusal.

6  123RF Limited (a private company incorporated in Hong Kong) owns 10%
7  or more of 123RF LLC's stock.

9  DATED: August 17, 2016          CROCKETT & ASSOCIATES

11                                  By __/s/ Courtney Vaudreuil_____
12                                     Robert D. Crockett
                                       Courtney E. Vaudreuil

                                    Attorneys for 123RF, LLC

4842-5036-2408, v. 1